STATE OF MISSOURI, Appellant, v. WILLIAM KELLEY, Respondent.

Springfield Court of Appeals, May 2, 1910.

CRIMINAL LAW: Misdemeanors: State Cannot Appeal From Order Sustaining Plea in Abatement. The State has no right to appeal from an order of the trial court sustaining a plea in abatement to an indictment charging defendant with a misdemeanor.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

AFFIRMED.

*Elliott W. Major,* Attorney-General, *James T. Blair* and *Charles G. Revelle,* Assistant Attorneys-General, for appellant.

*T. C. Tadlock* for respondent.

GRAY, J.—The grand jury of Jasper county, November 2, 1908, returned an indictment against the defendant, charging him with a misdemeanor. The defendant filed a plea in abatement, which was by the court sustained. Whereupon, the prosecuting attorney filed an affidavit for an appeal in the Supreme Court, and the order was made, allowing the appeal.

When the case reached the Supreme Court, the Attorney-General filed a motion to transfer it to this court, and the motion was sustained and the cause transferred.

Upon the decisions of State v. Craig, 122 S. W. 1006, and State v. Donahue, 124 S. W. 42, the judgment of the trial court will be affirmed. All concur.